UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PETE McCOTRY, JR.                                                                                    PLAINTIFF

v.                                        No. 5:22-cv-05162

SHERIFF SHAWN HOLLOWAY, et al.                                                         DEFENDANTS

**ORDER**

The Court has received a report and recommendations (Doc. 6) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends on preservice screening under 28 U.S.C. § 1915A that Plaintiff be permitted to proceed on his 42 U.S.C. § 1983 claims against Sgt. Kayla Ray in her personal capacity, but that Plaintiff's remaining claims be dismissed without prejudice. Neither party has objected, and the deadline for objections has passed. The court has reviewed the record and agrees with the Magistrate Judge. The report and recommendations (Doc. 6) is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the following claims are DISMISSED WITHOUT PREJUDICE:

- All claims alleging violations of the Health Insurance Portability and Accountability Act (HIPAA);
- All claims naming Lt. Derek Stamps and Sheriff Shawn Holloway as defendants; and
- All claims naming Sgt. Kayla Ray as a defendant in her official capacity.

IT IS FURTHER ORDERED that this case otherwise remains pending and referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 12th day of September, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE